Case 2:12-cv-06220-AN   Document 23   Filed 06/21/13   Page 1 of 1   Page ID #:721

~~JAMES P. SHEA (STATE BAR NO. 162483)~~
~~LAW OFFICES OF SUSAN R. WASSERMAN~~
~~5055 Wilshire Blvd., Suite 340~~
~~Los Angeles, CA 90036~~
~~Telephone: 323-954-9600~~
~~Fax: 323-954-9616~~
~~E-mail: lawoffice5750@aol.com~~

~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARIA SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. CV 12-6220 AN<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, eight hundred and fifty dollars and no cents ($4,850.00), subject to the provisions of the EAJA.

Dated: June 21, 2013

_/s/ Arthur Nakazato_

THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE