1 | ~~JAMES P. SHEA (STATE BAR NO. 162483)~~
~~LAW OFFICES OF SUSAN R. WASSERMAN~~
2 | ~~5055 Wilshire Blvd., Suite 340~~
~~Los Angeles, CA 90036~~
3 | ~~Telephone: 323-954-9600~~
~~Fax: 323-954-9616~~
4 | ~~E-mail: lawoffice5750@aol.com~~

5 | ~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 21 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA SANCHEZ,<br><br>       Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant. | NO. CV 12-6220 AN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, eight hundred and fifty dollars and no cents ($4,850.00), subject to the provisions of the EAJA.

Dated: June 21, 2013

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE